IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT RAMOS,<br><br>    Petitioner,<br><br>    vs.<br><br>JAMES YATES,<br><br>    Respondent._____/ | 1:07-cv-00146-OWW-SMS (HC)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE<br><br>(DOCUMENT #12)<br><br>NINETY DAY DEADLINE |

Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On August 29, 2007, petitioner filed a motion to extend time to file a traverse. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted ninety days from the date of service of this order in which to file a traverse.  Because of the lengthy extension of time, further extensions of time must be accompanied by a showing of extraordinary circumstances.

IT IS SO ORDERED.

**Dated:   September 19, 2007**              /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE