# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT RAMOS, | CV F   07-00146 OWW SMS HC |
| Petitioner, | ORDER DENYING PETITIONER'S MOTION FOR "PRIVILEGE LAW LIBRARY USER" |
| v. | [Doc. 16] |
| JAMES YATES, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner filed the instant petition for writ of habeas corpus on January 26, 2007. (Court Doc. 1.) Respondent filed an answer to the petition on August 9, 2007. (Court Doc. 9.) On August 29, 2007, Petitioner filed a motion for an extension of time to file a traverse. The Court granted Petitioner's request and granted a ninety (90) day extension of time.[1] (Court Doc. 14.)

Pending before the Court is Petitioner's motion entitled "Motion Privilege Law Library User," filed on October 9, 2007. (Court Doc. 16.) Petitioner is advised that this Court does not have the authority to declare Petitioner a privilege law library user. The Court has granted Petitioner a lengthy extension of time to file his traverse, with a current deadline of December 18, 2007. As such, Petitioner's motion is DENIED.

IT IS SO ORDERED.

**Dated:   November 7, 2007**            /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] The Court noted that because of the lengthy extension, any further requests for an extension of time must be accompanied by extraordinary circumstances.

1