# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT RAMOS, | CV F   07-00146 OWW SMS HC |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATION, DENYING PETITIONER'S MOTION FOR STAY |
| v. | |
| JAMES YATES, | [Doc. 20] |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On May 15, 2008, the Magistrate Judge issued Findings and Recommendation that the Motion for Stay and Abeyance be DENIED.  This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

On June 2, 2008, Petitioner filed timely objections to the Findings and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.  Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1

1.     The Findings and Recommendation issued May 15, 2008, is ADOPTED IN FULL; and,

2.     Petitioner's Motion for Stay and Abeyance (at Court Document # 18) is DENIED.

IT IS SO ORDERED.

**Dated:**   **June 14, 2008**               /s/ Oliver W. Wanger
                                                   UNITED STATES DISTRICT JUDGE