IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

ALBERT RAMOS,                                    1:07-cv-00146 OWW SMS (HC)

       Petitioner,                          ORDER GRANTING PETITIONER'S FIRST
                                        MOTION FOR EXTENSION OF TIME
   vs.                                     TO FILE OBJECTIONS TO FINDINGS AND
                                        RECOMMENDATIONS
JAMES YATES, Warden,
                                        (DOCUMENT #24)
       Respondent.
                                        NINETY DAY DEADLINE
_____/

     Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28

U.S.C. § 2254.  On August 1, 2008, petitioner filed a motion to extend time to file objections to

the Findings and Recommendations issued on July 23, 2008 (Document #23).  Good cause

having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS

HEREBY ORDERED that:

     Petitioner is granted ninety (90) days from the date of service of this order in which to

file his objections to the Findings and Recommendations issued on July 23, 2008.

IT IS SO ORDERED.

**Dated:     August 8, 2008**          _____/s/ Sandra M. Snyder_____
                         UNITED STATES MAGISTRATE JUDGE